**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CACHE RIVER VALLEY SEED, LLC, ET AL.                                    PLAINTIFFS

VS.                          CASE NO. 3:07CV00061 JMM

BAYER CROPSCIENCE, LP, ET AL.                                          DEFENDANTS

**ORDER**

The Motion to Quash Service of Process and to Dismiss on Behalf of Bayer AG, Bayer

Cropscience AG, and Bayer Bioscience NC and for Stay of This Motion Pending Transfer is

granted in part and denied in part (#3).

Based upon plaintiffs alternative request that "this Court should quash the purported

service without dismissing this action and permit the Plaintiffs to correct any flawed service of

process," the Motion to Quash Service of Process is granted and the Motion to Dismiss is denied.

Based upon the notice of multidistrict litigation, the Motion to Stay is granted to the

extent that upon proper and timely service of process the obligations of the parties under Rules

16 and 26 of the Federal Rules of Civil Procedure are stayed pending a decision of the Judicial

Panel on Multidistrict Litigation ("MDL") on whether to transfer this action to a MDL

proceeding.  In the event the MDL Judicial Panel orders transfer to an MDL Court, the stay shall

remain in effect until the transferee court enters a new scheduling order lifting the stay.  If the

Judicial Panel denies transfer, defendants are directed to notify the Court within 11 days of that

denial in order to permit entry of an amended initial scheduling order.

IT IS SO ORDERED THIS   21   day of   June   , 2007.

_____
James M. Moody
United States District Judge