# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED BY MAIL JUL 1 2 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

July 6, 2007

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL-1811 -- In re Genetically Modified Rice Litigation

(See Attached CTO-13)

Dear Mr. Woodward:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 19, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge:   Judge Catherine D. Perry
    Transferor Judges:  Judge James Maxwell Moody; Judge Garnett Thomas Eisele; Judge J. Leon Holmes
    Transferor Clerk:   James W. McCormack

JPML Form 36



FILED
JUL 12 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN 19 2007
FILED
CLERK'S OFFICE

**DOCKET NO. 1811**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE GENETICALLY MODIFIED RICE LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-13)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 161 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS
## DOCKET NO. 1811
## IN RE GENETICALLY MODIFIED RICE LITIGATION

**DIST. DIV. C.A.#**         **CASE CAPTION**

**ARKANSAS EASTERN**
| | |
|---|---|
| ARE 3 07-61 | Cache River Valley Seed, LLC, et al. v. Bayer CropScience, LP, et al. |
| ARE 4 07-492 | John H. Stephens, III, et al. v. Bayer CropScience, LP |
| ARE 4 07-493 | Dwight W. Holloway, etc. v. Bayer CropScience, LP |
| ARE 4 07-494 | Floyd Calhoun, et al. v. Bayer CropScience, LP |
| ARE 4 07-495 | Jason Holloway, etc. v. Bayer CropScience, LP |